CRIMINAL CASE INFORMATION SHEET                2:23-cr-160

Pittsburgh __X__           Erie _____           Johnstown _____

Related to No. _____      Judge _____
(All criminal prosecutions arising out of the same criminal transaction or series of transactions are deemed related).

CATEGORY:
1. ____ Narcotics and Other Controlled Substances
1a. ____ Narcotics and Other Controlled Substances (3 or more Defendants)
2. ____ Fraud and Property Offenses
2a. ____ Fraud and Property Offenses (3 or more Defendants)
3. ____ Crimes of Violence
4. ____ Sex Offenses
5. ____ Firearms and Explosives
6. ____ Immigration
7. _X_ All Others

Defendant's name:                Rodney Thomas

Is indictment waived:            ____ Yes       _X_ No

Pretrial Diversion:              ____ Yes       _X_ No

Juvenile proceeding:             ____ Yes       _X_ No

Defendant is:                    _X_ Male       ____ Female

Superseding indictment or information   ____ Yes   _X_ No

Previous case number: _____

If superseding, previous case was/will be:
 _____ Dismissed on defendant's motion
 _____ Dismissed on government's motion
 _____ After appellate action
 _____ Other (explain)

County in which first offense cited occurred:      Washington

Previous proceedings before Magistrate Judge: _____

Case No.: _____

PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE

| | | |
|---|---|---|
| Date arrested or date continuous U.S. custody began: | | |
| Defendant: | ___ is in custody | _X_ is not in custody |
| Name of Institution: | | |
| Custody is on: | ___ this charge | ___ another charge |
| | ___ another conviction | |
| | ___ State | ___ Federal |
| Detainer filed: | ___ yes | ___ no |
| Date detainer filed: | | |
| Total defendants: | 1 | |
| Total counts: | 1 | |
| Data below applies to defendant No.: | 1 | |
| Defendant's name: | Rodney Thomas | |

## SUMMARY OF COUNTS

| COUNT | U.S. CODE | OFFENSE | FELONY | MISDEMEANOR |
|---|---|---|---|---|
| 1 | 16 U.S.C. § 668(a) | Taking a Bald Eagle in violation of the Bald Eagle Protection Act. | | X |

FORFEITURE ALLEGATION

I certify that to the best of my knowledge the above entries are true and correct.

DATE: July 18, 2023

*/s/ Nicole A. Stockey*
NICOLE A. STOCKEY
Assistant U.S. Attorney
PA ID No. 306995